RIKA SAPHIR, Respondent, *v.* THE TERRY AND TENCH COMPANY, Appellant.

*Saphir* v. *Terry & Tench Co.*, 122 App. Div. 920, affirmed.

(Argued January 26, 1909; decided February 9, 1909.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial depart

ment, entered December 27, 1907, unanimously affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Charles Haldane* and *David McClure* for appellant.

*J. Power Donellan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.